UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CURTIS TAYLOR                                                                                    PLAINTIFF

V.                                          4:18CV00407 JM/JTR

MONTE MUNYAN, Nurse,
Faulkner County Detention Center;
GERRY STEWART, Doctor,
Faulkner County Detention Center;
FAULKNER COUNTY DETENTION CENTER;
HUMPHREY, Officer; and
C. MARKCUM, Officer                                                                           DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 17th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE